# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2026 KW 0302

VERSUS

DA'MAURION TRAVELLE FLAND                        **JUNE 15, 2026**

---

In Re:    Da'Maurion Travelle Fland, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, Nos. 4448-F-2025, 4450-M-2025.

---

BEFORE:   **WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** The record of the St. Tammany Parish
Clerk of Court reflects that relator was billed with the instant
offenses on September 5, 2025. Therefore, the motion for release
under La. Code Crim. P. art. 701(B) filed on or about September
25, 2025 is moot. See **State v. Varmall**, 539 So.2d 45 (La. 1989)
(*per curiam*).

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT